**Robert BROOM, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 94831.**

Missouri Court of Appeals,
Eastern District,
Division Three.

May 17, 2011.

Scott Thompson, St. Louis, MO, for appellant.

Chris Koster, Richard A. Starnes, Jefferson City, MO, for respondent.

Before SHERRI B. SULLIVAN, P.J., CLIFFORD H. AHRENS, J., and LAWRENCE E. MOONEY, J.

### ORDER

PER CURIAM.

Robert Broom ("Movant") appeals from the judgment of the motion court that denied his motion for post-conviction relief pursuant to Rule 29.15 after an evidentiary hearing. Movant contends that the motion court clearly erred in denying his motion for post-conviction relief.

---

**1.** All rule references are to Mo. R.Crim. P.2005, unless otherwise indicated.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).